

COM.

v.

GRAHAM, G.

1562 MDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–06–CR–0003420–2016
(Berks)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

RHODES, E.

628 WDA 2016

Superior Court of Pennsylvania.

04/06/2017

CP–43–CR–0000564–2015
(Mercer)

Affirmed

COM.

v.

SWANSON, M.

586 WDA 2016

Superior Court of Pennsylvania.

4/6/2017

CP–25–CR–0000913–2013
(Erie)

Affirmed

COMMONWEALTH EX REL. WARE, L.

v.

FERGUSON, T.

853 WDA 2016

Superior Court of Pennsylvania.

04/06/2017

2016–785–CD
(Clearfield)

Vacated/Remanded

